# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

MISAEL HABRAM, et. al., :
:
    Petitioners :
:
v. : 1:05-CV-173 (WLS)
:
RAY C. NORVELL, SR., :
:
    Respondant :
:

## ORDER

    Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge filed on February 17, 2006. (Doc. 5). It is recommended that the instant action be dismissed pursuant to 28 U.S.C. § 1915(e)(2). *Id*. Plaintiff filed a timely objection on March 3, 2006. (Doc. 6).

    In his recommendation, the Magistrate Judge found that the crux of Plaintiff's 42 U.S.C. § 1983 based complaint is that he is dissatisfied with the representation afforded him by Defendant, an attorney. *Id*. Having found that Defendant was neither a state actor nor otherwise acting under color of state law during his representation of Plaintiff, it was found that Plaintiff failed to meet a threshold requirement for filing a Section 1983 action. *Id*. It was further noted that "[w]hether or not this plaintiff has state court remedies available to him or redress before the State Bar of Georgia is not before this court." *Id*. In his objection, Plaintiff's objections are reiterations of arguments made in his Complaint and addressed in the Recommendation. (Doc. 6).

    Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 6) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Accordingly, the instant action is **DISMISSED**.

    **SO ORDERED**, this   21st   day of June, 2006.

                                                      /s/W. Louis Sands
                                                     **W. LOUIS SANDS, CHIEF JUDGE**
                                                     **UNITED STATES DISTRICT COURT**